UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHEILS TITLE COMPANY, INC., et al

**Plaintiffs**

v.  Civil No. 97-2903 (DRD)

FIRST AMERICAN TITLE INSURANCE
COMPANY

**Defendant**

## ORDER

On April 22, 1998, the Court granted Defendant's motion to quash service of process (Docket No. 3) and ordered Plaintiffs to re-serve within one hundred and twenty (120) days. (Marginal Order, Docket No. 11). More than two (2) years have now elapsed without any activity in this case, including the filing of any motion evidencing Plaintiff's compliance with the Court's Order to re-serve process. See Fed. R. Civ. Proc. 41(b). Accordingly, the Court hereby orders that judgment of dismissal without prejudice for lack of prosecution be entered.

IT IS SO ORDERED.

DATE: July 15, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N \97-2903 dis