UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHEILS TITLE COMPANY, INC., et al

    Plaintiffs

v.　　　　　　　　　　　　　　　　　　Civil No. 97-2903 (DRD)

FIRST AMERICAN TITLE INSURANCE
COMPANY

    Defendant

## JUDGMENT

For the reasons stated in the Order issued on this same date, Plaintiff's Complaint is hereby dismissed without prejudice.

In San Juan, Puerto Rico on this _15_<sup>th</sup> day of July, 2000.

_____
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE